RECEIVED

OCT 2 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARCUS QUINN<br>LA. DOC #326200 | CIVIL ACTION NO. 6:15-cv-1229 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| SHERIFF RONALD THERIOT | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 21 day of October, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE